UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KANYE WEST and MASCOTTE HOLDINGS, INC.,

        Plaintiffs,

- against -

0DAYCOINS.COM, COINYE-EXCHANGE.COM, NEWCHG.COM, AMAZON.COM, INC., JANE DOES 1 through 50, JOHN DOES 1 through 50, FNU LNU a/k/a JONNY BRAVO, and DOGECOIN,

        Defendants.

Civil Action No.:

USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:
DATE FILED: 1/14/2014

## ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR PERMISSION TO USE EMAIL AS SERVICE OF PROCESS ON DEFENDANTS AND THIRD PARTIES

Upon consideration of Plaintiffs Kanye West ("Mr. West") and Mascotte Holdings, Inc. ("Mascotte") ( collectively "Plaintiffs") *ex parte* application seeking permission for email as service of process on defendants and third parties for all legal documents, the Memorandum in Support of that application and the Declaration of Dyan Finguerra-DuCharme, dated January 13, 2014:

IT IS HEREBY ORDERED that Plaintiffs may serve all legal documents on defendants and third parties by email at email addresses that Plaintiffs ascertain to be valid and operational including, but not limited to the following email addresses: alexfour@orcon.net.nz; coinyewest@gmail.com; contact@buycoinye.com; coinyecoin@outlook.com; support@coinyecasino.com, rozenbal@emeto.eu; dogecoincom@obscure.me.

IT IS HEREBY ORDERED that such service shall constitute due and sufficient service and notice hereof.

Dated: January 14, 2014

_____
United States District Judge