UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC., <br><br> *Plaintiffs*, <br><br> - against – <br> DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50, <br><br> *Defendants.* | Civil Action No. 14 CV 250 <br><br> **AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant 0Daycoins.com via email at 3tyi9e9hy@mail.ru.

Dated: New York, New York
       March 3, 2014

*[signature]*

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC.,<br><br>*Plaintiffs*,<br><br>- against –<br>DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50,<br><br>*Defendants.* | Civil Action No. 14 CV 250<br><br>**AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant David P. McEnery via email at dnextrabox@gmail.com and davemcenery@gmail.com and dmcenery@immediatespeed.com and dave@digitalsummitdesign.com .

Dated: New York, New York
       March 3, 2014

*[signature]*

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC., <br><br> *Plaintiffs*, <br><br> - against – <br> DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50, <br><br> *Defendants*. | Civil Action No. 14 CV 250 <br><br> **AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant Hontele via email at r.hontele@gmail.com.

Dated: New York, New York
       March 3, 2014

*/s/ M. Hunn*

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC.,<br><br>*Plaintiffs,*<br><br>- against –<br>DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50,<br><br>*Defendants.* | Civil Action No. 14 CV 250<br><br>**AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant Harry Wills via email at harry-wills-96@hotmail.co.uk.

Dated: New York, New York
       March 3, 2014

_____
Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC., <br><br> *Plaintiffs*, <br><br> - against – <br> DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50, <br><br> *Defendants*. | Civil Action No. 14 CV 250 <br><br> **AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant Al Ra via email at bitbrothers@hushmail.com.

Dated: New York, New York
       March 3, 2014

*(signature)*

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC.,<br><br>*Plaintiffs,*<br><br>- against –<br>DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50,<br><br>*Defendants.* | Civil Action No. 14 CV 250<br><br>**AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant Iain Craig via email at coldcity@gmail.com, jb@l8.lv, and support@l8.lv.

Dated: New York, New York
March 3, 2014

*[signature]*

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC., <br><br>*Plaintiffs,* <br><br>- against – <br>DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50, <br><br>*Defendants.* | Civil Action No. 14 CV 250 <br><br>**AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant Dave and Louis d/b/a Pool.Coinye.Pw via email at eth1@suchpool.pw and sid@suchpool.pw.

Dated: New York, New York
       March 3, 2014

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC., <br><br> *Plaintiffs*, <br><br> - against – <br> DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50, <br><br> *Defendants*. | Civil Action No. 14 CV 250 <br><br> **AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant ALEX CACCIAMANI via email at alexfour@orcon.net.nz.

Dated: New York, New York
       March 3, 2014

*[signature]*

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC.,<br><br>*Plaintiffs*,<br><br>- against –<br>DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50,<br><br>*Defendants.* | Civil Action No. 14 CV 250<br><br>**AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant Richard McCord via email at ares300@aol.com.

Dated: New York, New York
       March 3, 2014

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC., *Plaintiffs*, - against – DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50, *Defendants.* | Civil Action No. 14 CV 250  **AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant Patrick Austin via email at info@cryptorush.in.

Dated: New York, New York
       March 3, 2014

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC.,<br><br>*Plaintiffs*,<br><br>- against –<br>DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50,<br><br>*Defendants*. | Civil Action No. 14 CV 250<br><br>**AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant Martin Gasner via email at crycurex@gmail.com.

Dated: New York, New York
       March 3, 2014

*[signature]*

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC.,<br><br>*Plaintiffs*,<br><br>- against –<br>DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50,<br><br>*Defendants*. | Civil Action No. 14 CV 250<br><br>**AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant Xnigma.com via email at support@xnigma.com.

Dated: New York, New York
       March 3, 2014

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC., <br><br>*Plaintiffs*, <br><br> - against – <br>DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50, <br><br>*Defendants*. | Civil Action No. 14 CV 250 <br><br> **AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant John Does via email at coinyecoin@outlook.com and coinyewest@gmail.com.

Dated: New York, New York
       March 3, 2014

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KANYE WEST and MASCOTTE HOLDINGS, INC.,

          *Plaintiffs*,

          - against --

DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50,

          *Defendants*.

Civil Action No. 14 CV 250

**AFFIDAVIT OF SERVICE**

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant John Doe via email at coinyecoin@hushmail.com.

Dated: New York, New York
       March 3, 2014

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST and MASCOTTE HOLDINGS, INC.,<br><br>*Plaintiffs*,<br><br>- against –<br>DAVID P. McENERY, JR., ROBBIE E. C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI.INC., and JANE DOES 1 through 50,<br><br>*Defendants*. | Civil Action No. 14 CV 250<br><br>**AFFIDAVIT OF SERVICE** |

I am not a party to the action, and I am over 18 years of age and reside in Kings County, New York.

On March 3, 2014, further to the Court's Order of January 14, 2014, I personally served the Amended Complaint on Defendant Beedui.Inc via email at beedui@foxmail.com.

Dated: New York, New York
March 3, 2014

Madelon A. Gauthier
7 Times Square
New York, NY 10036
PRYOR CASHMAN LLP