

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

Dyan Finguerra-DuCharme

Direct Tel: 212-326-0443
Direct Fax: 212-798-6307
DFinguerra-DuCharme@pryorcashman.com

May 5, 2014

**VIA ECF AND E-MAIL (TORRES_NYSDCHAMBERS@NYSD.USCOURTS.GOV)**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007

Re:   **Kanye West et al v. McEnery et al, Civ. Action No. 1:14-cv-00250 (AT)**

Dear Judge Torres:

This firm represent Plaintiffs Kanye West and Mascotte Holdings, Inc. in the above referenced matter. Plaintiffs respectfully request that the Court adjourn the May 6, 2014 deadline for submitting a joint letter and proposed case management plan for the following reasons.

Plaintiffs are finalizing settlements with at least two of the defendants and are intending to file an opposition to the motion to dismiss filed by Defendant Hontele. With respect to the remaining Defendants, Plaintiffs intend to file a motion for default judgment.

Accordingly, Plaintiffs' respectfully request that discovery be stayed pending disposition of Defendant Hontele's motion to dismiss.

Respectfully submitted,

Dyan Finguerra-DuCharme

cc:   Brad D. Rose, Counsel for Plaintiff
      Harmeet K. Dhillon, Counsel for Defendant Richard McCord
      Harry Wills, Defendant
      Robbie E.C.A. Hontele, Defendant