UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KANYE WEST, et al.,

                      Plaintiffs,

-against-

DAVID P. MCENERY, JR., et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/14

14 Civ. 250 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiffs' request to adjourn the May 6, 2014 deadline for submitting a joint letter and proposed case management plan is GRANTED. The initial pre-trial conference scheduled for May 13, 2014, is ADJOURNED *sine die*. Plaintiffs' request to stay discovery is GRANTED.

    Chambers will e-mail a copy of this order to *Pro se* Defendant Robbie E. C. A. Hontele.

    SO ORDERED.

Dated: May 5, 2014
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge