

SUTHERLAND ASBILL & BRENNAN LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
202.383.0100  Fax 202.637.3593
www.sutherland.com

**DANIEL C. NEUSTADT**
DIRECT LINE: 202.383.0875
E-mail: daniel.neustadt@sutherland.com

May 19, 2014

VIA ECF

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Kanye West and Mascotte Holdings, Inc. v. 0DAYCOINS, et al.
             Civil Action No. 14 CV 250

Dear Judge Torres:

      This firm represents Defendant Robert E. C. A. Hontelé in the above-referenced matter. Pursuant to Your Honor's Individual Rules of Practice ¶¶ 1(D)-(E), we write to respectfully request an extension of time to reply to Plaintiffs' opposition (ECF #65) to Mr. Hontelé's motion to dismiss (ECF #60).

      This firm was retained by Mr. Hontelé just this past weekend. We seek a thirty-day extension of time to further familiarize ourselves with the matter, research the issues presented in Plaintiff's opposition to the instant motion and prepare an appropriate response.

      The original due date for Mr. Hontelé's reply brief is this Thursday, May 22, 2014. In accordance with Your Honor's Individual Rules, we contacted Plaintiffs' counsel to seek consent to our request. Notwithstanding their knowledge that our client is located overseas and that the undersigned was just retained in the last few days, they objected to our request for a thirty-day extension. They did, however, offer to consent to a fifteen day extension. After careful consideration, counsel represents that the full thirty days is necessary to ensure that our client's rights are adequately vetted and represented. Accordingly, we respectfully ask the court for a thirty day extension.

      Mr. Hontelé has not requested any prior extensions in respect to the instant motion. Mr. Hontelé did previously request, and Your Honor granted, an extension of time to respond to Plaintiffs' Amended Complaint on March 21, 2014 (ECF #21).

Honorable Analisa Torres
May 19, 2014
Page 2

      Accordingly, pursuant to Your Honor's Individual Rule of Practice ¶¶ 1(D)-(E), we respectfully request a thirty-day extension of time until June 21, 2014 to reply to Plaintiffs' opposition to Mr. Hontelé's motion to dismiss.

                                                 Respectfully submitted,

                                                 Daniel C. Neustadt

cc:      Plaintiffs (by email)
         Defendants (by email)

24035522.2