IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANYE WEST AND MASCOTTE HOLDINGS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> DAVID P. McENERY, JR., ROBBIE E.C.A. HONTELE, HARRY WILLS, AL RA, JOHN DOES 1 through 50, IAIAN CRAIG, 0DAYCOINS.COM, DAVE AND LOUIS d/b/a POOL.COINYE.PW, ALEX CACCIAMANI, RICHARD McCORD, PATRICK AUSTIN, MARTIN GASNER, XNIGMA.COM, BEEDUI, INC., AND JANE DOES 1 through 50, <br><br> Defendants. | Civil Action No. 1:14cv00250 <br><br> **ENTRY OF APPEARANCE OF RONALD W. ZDROJESKI FOR DEFENDANT** |

**PLEASE TAKE NOTICE** that Ronald W. Zdrojeski, a partner of the law firm of Sutherland Asbill & Brennan LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant, Robert E.C.A. Hontelé, in this action and requests that all subsequent papers be served upon him at the address indicated below.

DATED at New York, New York this, 19th of May, 2014.

SUTHERLAND ASBILL & BRENNAN LLP

/s/ Ronald W. Zdrojeski
Ronald W. Zdrojeski
NY Bar # 1926856
1114 Avenue of the Americas
New York, New York 10036
(Telephone) (212) 389-5000
(Facsimile) (212) 389-5099
Ron.zdrojeski@sutherland.com
*Attorney for Defendant, Robert E.C.A. Hontelé*

1

24035865.1

## CERTIFICATE OF SERVICE

      I further certify that on May 19, 2014, I electronically filed the above and foregoing Certificate of Service with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

      /s/ Ronald W. Zdrojeski