IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KANYE WEST and MASCOTTE HOLDINGS, INC.,

Plaintiffs,

- against -

DAVID P. McENERY, JR., ROBBIE E. C. A.
HONTELE, HARRY WILLS, AL RA, JOHN DOES 1
through 50, IAIN CRAIG, 0DAYCOINS.COM, DAVE
AND LOUIS d/b/a POOL.COINYE.PW, ALEX
CACCIAMANI, RICHARD McCORD, PATRICK
AUSTIN, MARTIN GASNER, XNIGMA.COM,
BEEDUI, INC., and JANE DOES 1 through 50,

Defendants.

USDC SDNY

DOCUMENT

ELECTRONICALLY FILED 7/22/2014

Civil Action No. 14 CV 250

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 14, 2014 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants 0daycoins.com and Alex Cacciamani d/b/a Coinye.exchange.com (collectively, "Defendants") by serving via e-mail pursuant to the Court's January 14, 2014 Order permitting alternative service by e-mail, and proof of such service thereof was filed on January 16, 2014. I further certify that on March 3, 2014, plaintiffs filed an amended complaint, a copy of the amended complaint was served on Defendants by serving via e-mail pursuant to the Court's January 14, 2014 Order permitting alternative service by e-mail, and proof of such service thereof was filed on March 27, 2014.

I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the complaint or amended complaint herein. The default of the Defendants is hereby noted.

1339196 v1
10859.00143

Dated: New York, New York

July 22, 2014

**RUBY J. KRAJICK**
  Clerk of Court

By:

  Deputy Clerk