Torres, A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/14
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KANYE WEST and MASCOTTE HOLDINGS, INC.,

Plaintiffs,

- against -

DAVID P. McENERY, JR., ROBBIE E. C. A. HONTELÉ, et al.,

Defendants.

Civil Action No. 14 CV 250

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Kanye West and Mascotte Holdings, Inc. (collectively, "Plaintiffs") and Defendant Robbie E.C.A. Hontelé ("Defendant"), by and through their undersigned counsel, hereby affirm that Plaintiffs and Defendant have reached and entered into a confidential settlement agreement and, in accordance with the terms thereof, stipulate that the above-captioned action is hereby dismissed as against only Defendant Hontelé without prejudice and without costs to any party.

Dated: New York, New York
July 23, 2014

Respectfully submitted,

PRYOR CASHMAN LLP

_____
Brad D. Rose (BR-2740)
Dyan Finguerra-DuCharme (DF-9228)
Madelon A. Gauthier (MG-4687)
Ryan S. Klarberg (RK-4719)
7 Times Square
New York, NY 11036
Telephone: 212-421-4100
*Attorneys for Plaintiffs*

SUTHERLAND ASBILL & BRENNAN LLP

_____
Ronald Walter Zdrojeski (RWZ-0545)
Daniel C. Neustadt (DN-0013)
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: 202-383-0100
*Attorneys for Defendant Hontelé*

SO ORDERED.

Dated: July 23, 2014
New York, NY

_____
ANALISA TORRES
United States District Judge

24172795.1